```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| JOSEPH VILCHEZ LAUE | CIVIL ACTION |
| VERSUS | NO: 13-6356 |
| SHERRIFF MARLIN GUSMAN, et al. | SECTION: R(4) |

### ORDER AND REASONS

Before the Court is Joseph Laue's prisoner complaint[1] and the Magistrate Judge's Report and Recommendation ("R&R") that Laue's petition be dismissed with prejudice.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

Joseph Laue's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __25th__ day of July, 2014.

*Sarah Vance*
_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 11.